**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1522**

WAYNE A. JONES, Ed.D.,

       Plaintiff - Appellant,

    v.

VIRGINIA STATE UNIVERSITY; MAKOLA M. ABDULLAH, Ph.D.,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:19-cv-00467-JAG)

Submitted: January 12, 2021               Decided: February 4, 2021

Before NIEMEYER, MOTZ, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard F. Hawkins, III, THE HAWKINS LAW FIRM, PC, Richmond, Virginia, for Appellant. Mark R. Herring, Attorney General, Samuel T. Towell, Deputy Attorney General, E. Lewis Kincer, Jr. Senior Assistant Attorney General, Ramona L. Taylor, Associate College Counsel/Assistant Attorney General, William Ryan Waddell, Assistant Attorney General, Toby J. Heytens, Solicitor General, Michelle S. Kallen, Deputy Solicitor General, Martine E. Cicconi, Deputy Solicitor General, Jessica Merry Samuels, Assistant Solicitor General, Zachary R. Glubiak, John Marshall Fellow, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne A. Jones, Ed.D., a former assistant professor at Virginia State University ("the University"), appeals the district court's order granting the University's and its President's motion to dismiss Jones' 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Va. State Univ.*, No. 3:19-cv-00467-JAG (E.D. Va. Apr. 6, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*